# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                §
                                      §
WHITE, RICHARD T                      §      Case No. 14-05652
                                      §
           Debtor(s)                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Elizabeth C. Berg, Trustee_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1 - RICHARD WHITE
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

| Case No: | 14-05652 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | WHITE, RICHARD T | | | Date Filed (f) or Converted (c): | 02/21/14 (f) |
| | | | | 341(a) Meeting Date: | 03/17/14 |
| For Period Ending: | 02/17/15 | | | Claims Bar Date: | 07/30/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash Location: 949 Sundbury Road, South Elgin IL 6 | 20.00 | 0.00 | | 0.00 | FA |
| 2. US Bank Checking Acct xxxxx9536; Elgin IL | 410.00 | 0.00 | | 0.00 | FA |
| 3. State Bank of Illinios; xxxxxx4686; South Elgin IL | 771.00 | 0.00 | | 0.00 | FA |
| 4. Bedroom set; kitchen set; China cabinets; Location | 100.00 | 0.00 | | 0.00 | FA |
| 5. Books; pictures; Location: 949 Sundbury Road, Sout | 10.00 | 0.00 | | 0.00 | FA |
| 6. Necessary clothes; Location: 949 Sundbury Road, So | 100.00 | 0.00 | | 0.00 | FA |
| 7. sterling silver necklace; Location: 949 Sundbury R | 50.00 | 0.00 | | 0.00 | FA |
| 8. Metropolitan Life Insurance Company     Policy Nos. 540 436 678 M & 620 801 258 A | 19,573.06 | 19,573.06 | | 20,167.92 | FA |
| 9. Prudential Life Insurence; Policy No 29-778-590; P | 7,115.00 | 7,115.00 | | 7,147.50 | FA |
| 10. 1995 Yamaha Motor Scooter; not operable Location: | 100.00 | 0.00 | | 0.00 | FA |
| 11. cell phone Location: 949 Sundbury Road, South Elgi | 10.00 | 0.00 | | 0.00 | FA |
| 12. Tax Refund (u)     2014 Federal Tax Refund | 0.00 | 433.00 | | 433.00 | FA |

FORM 1 - RICHARD WHITE
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| Case No: | 14-05652 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | WHITE, RICHARD T | Date Filed (f) or Converted (c): | 02/21/14 (f) |
| | | 341(a) Meeting Date: | 03/17/14 |
| | | Claims Bar Date: | 07/30/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $28,259.06 | $27,121.06 | | $27,748.42 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 29, 2014: Trustee recovered Debtor's non-exempt cash value of life insurance policies totaling $27,000. Trustee

has reviewed claims and is compiling information from both MetLife and Prudential to determine whether Trustee must file

tax returns for the Estate. Will file tax returns if necessary, file TFR and distribute funds on hand. Expect to close

case in early 2015.

February 11, 2015

Trustee has reviewed claims and filed the Estate's final tax return. Trustee is in the process of completing her Final

Report and will disburse funds after approval by the UST.

Initial Projected Date of Final Report (TFR): 12/30/14    Current Projected Date of Final Report (TFR): 03/31/15

        /s/     Elizabeth C. Berg, Trustee
_____  Date: 02/17/15
        ELIZABETH C. BERG, TRUSTEE

**FORM 2** — **ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| | |
|---|---|
| Case No: | 14-05652 -DRC |
| Case Name: | WHITE, RICHARD T |
| Taxpayer ID No: | *******2739 |
| For Period Ending: | 02/17/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6073 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/28/14 | 8 | METROPOLITAN LIFE INSURANCE CO.<br>700 QUAKER LANE<br>PO BOX 316<br>WARWICK, RI 02886-0316 | Life Insurance Policy # 620801258A | 1129-000 | 17,491.21 | | 17,491.21 |
| 04/28/14 | 8 | METROPOLITAN LIFE INSURANCE CO.<br>700 QUAKER LANE<br>PO BOX 316<br>WARWICK, RI 02886-0316 | Life Insurance Policy # 540436678M | 1129-000 | 2,676.71 | | 20,167.92 |
| 05/20/14 | 9 | THE PRUDENTIAL INSURANCE CO. OF AMERICA<br>PO BOX 7390<br>PHILADELPHIA, PA 19176 | Insurance Policy # 299778598 | 1129-000 | 7,147.50 | | 27,315.42 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 34.09 | 27,281.33 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 39.25 | 27,242.08 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 40.50 | 27,201.58 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 40.44 | 27,161.14 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 39.08 | 27,122.06 |
| 12/01/14 | 001001 | United States Treasury<br>c/o Internal Revenue Service | 2014 Form 1041 - Federal Tax Due<br>2014 Form 1041 | 2810-000 | | 433.00 | 26,689.06 |
| | | | Page Subtotals | | 27,315.42 | 626.36 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.04

FORM 2    RICHARD WHITE

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 14-05652 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | WHITE, RICHARD T | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6073  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2739 | | |
| For Period Ending: | 02/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Cincinnati OH 45999-0148 | EIN: 46-7422739 | | | | |
| 01/16/15 | 12 | UNITED STATES TREASURY KANSAS CITY, MO | 2014 FEDERAL TAX REFUND | 1224-000 | 433.00 | | 27,122.06 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 27,748.42 | 626.36 | 27,122.06 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 27,748.42 | 626.36 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 27,748.42 | 626.36 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6073 | 27,748.42 | 626.36 | 27,122.06 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 27,748.42 | 626.36 | 27,122.06 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    433.00    0.00

| Page 1 | | EXH. C - R. WHITE<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 17, 2015 |
|---|---|---|---|---|---|---|

Case Number: 14-05652　　　　　　　　　　Claim Class Sequence
Debtor Name: WHITE, RICHARD T

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $3,667.50 | $0.00 | $3,667.50 |
| 999<br>2810-00 | United States Treasury<br>c/o Internal Revenue Service<br>Cincinnati  OH  45999-0148 | Administrative | | $433.00 | $433.00 | $0.00 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago  IL  60601 | Administrative | | $906.50 | $0.00 | $906.50 |
| 001<br>3120-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $5.01 | $0.00 | $5.01 |
| 999<br>8200-00 | Richard T. White<br>201 E. Brett Court<br>Arlington Heights, IL 60005 | Unsecured | | $984.29 | $0.00 | $984.29 |
| 000001<br>070<br>7100-00 | Cavalry SPV I, LLC as assignee of<br>GE Money Bank/Lowes<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $508.88 | $0.00 | $508.88 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $3,448.79 | $0.00 | $3,448.79 |
| 000003<br>070<br>7100-00 | Atlas Acquisitions LLC (Citibank<br>(South<br>Dakota),<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $1,192.33 | $0.00 | $1,192.33 |
| 000004<br>070<br>7100-00 | Atlas Acquisitions LLC (Citibank<br>(South<br>Dakota),<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $5,618.84 | $0.00 | $5,618.84 |
| 000005<br>070<br>7100-00 | Atlas Acquisitions LLC (First Premier<br>Bank)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $574.27 | $0.00 | $574.27 |
| 000006<br>070<br>7100-00 | Atlas Acquisitions LLC (General<br>Electric Capital<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $451.60 | $0.00 | $451.60 |

| | | EXH. C - R. WHITE | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 17, 2015 |

Case Number:  14-05652  
Debtor Name:  WHITE, RICHARD T

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | Atlas Acquisitions LLC (Citibank (South Dakota), 294 Union St. Hackensack, NJ 07601 | Unsecured | | $536.83 | $0.00 | $536.83 |
| 000008 070 7100-00 | US Bank N.A. Bankruptcy Department PO Box 5229 Cincinnati, OH 45201-5229 | Unsecured | | $5,807.72 | $0.00 | $5,807.72 |
| | Case Totals: | | | $24,135.56 | $433.00 | $23,702.56 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-05652  
Case Name: WHITE, RICHARD T  
Trustee Name: Elizabeth C. Berg, Trustee

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Trustee Expenses: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: United States Treasury | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry SPV I, LLC as assignee of | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | Atlas Acquisitions LLC (Citibank (South | $ | $ | $ |
| 000004 | Atlas Acquisitions LLC (Citibank (South | $ | $ | $ |
| 000005 | Atlas Acquisitions LLC (First Premier | $ | $ | $ |
| 000006 | Atlas Acquisitions LLC (General | $ | $ | $ |
| 000007 | Atlas Acquisitions LLC (Citibank (South | $ | $ | $ |
| 000008 | US Bank N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

Remaining Balance           $_____

  Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $      . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $      .