UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re | ) | Chapter 7 |
|---|---|---|
| | ) | Case No. 14-05652 |
| Richard T. White, | ) | Honorable Donald R. Cassling |
| | ) | (Kane County) |
| | ) | Hearing Date: March 20, 2015 |
| Debtor. | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:              Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:       Estate

Date of Order Authorizing
Employment:                     February 21, 2014

Period for Which
Compensation is sought:         March 24, 2014 to Close of Case

Amount of Fees sought:          $3,383.11

Amount of Expense
Reimbursement sought:           $14.80

This is an:     Interim Application __      Final Application __X__

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $0.00   .

Dated: February 26, 2015              Elizabeth C. Berg, Trustee of the Estate of
                                      Richard T. White, Debtor

                                      By:     /s/ Elizabeth C. Berg, Trustee
                                              Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-05652 |
| Richard T. White, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date:  March 20, 2015 |
| | ) | Hearing Time:  10:30 a.m. |

**Application for Allowance and Payment of
Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Richard T. White, debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $3,383.11 as final compensation for her services rendered as trustee in this case from March 18, 2014 through the close of this case and reimbursement of expenses in the amount of $14.80. In support thereof, Trustee states as follows:

**Introduction**

1. This case was commenced on February 21, 2014 by the filing of a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. At the time of filing, Debtor owned three non-exempt life insurance policies. The beneficiary under each policy was Debtor's mother who was not a dependant of Debtor ("Policies").

4. The bar date for filing non-governmental claims in this case was July 30, 2014 and for filing governmental claims was August 20, 2014.

### Prior Compensation

5.  This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.  Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

### Services Rendered by Trustee

7.  Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the services rendered by Trustee from March 18, 2014 through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

   A.  Trustee reviewed and analyzed the Debtor's schedules of assets and liabilities and Debtor's statement of financial affairs; Trustee also conducted a section 341 meeting of creditors at which Trustee examined the Debtor under oath.

   B.  Trustee analyzed the Policies and prepared a demand letter to both Prudential and MetLife for turnover the cash surrender value of the Policies. The Trustee then prepared and filed a Motion for Turnover of the Policies. After obtaining a turnover order, the Trustee served the Order on both MetLife and Prudential. Trustee was able to recover $27,315.42 in consideration for the estate's interest in the Policies;

   C.  Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

   D.  Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E. Trustee examined, analyzed and verified proofs of claim filed against the Estate;

F. Trustee prepared the annual reports required by the United States Trustee and, as necessary, met or conferred with representatives of the Office of the U.S. Trustee regarding the administration and status of the case; and

G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $27,748.42 on behalf of the Estate. Trustee has made $ 193.36 in disbursements in this case as of the date hereof.

9. Copies of the *Form I Individual Estate Property Record* and *Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached as Exhibits A and B in the Trustee's Final Report which is filed simultaneously herewith.

### Compensation Requested

10. During the period covered by this Application, Trustee has spent 20.40 hours rendering services on behalf of this Estate with a value of $4,222.30. Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

11. The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is as $3,383.11 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $21,331.13 | $2,133.11 |
| Total allowable compensation | $3,383.11 |

3

12. Based upon the caliber of the services rendered by Trustee, the results achieved in this case, and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from March 18, 2014 through the closing of the case in the amount of $3,383.11. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds available to make a full distribution to general unsecured creditors.

14. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

16. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Richard T. White, debtor, requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $3,383.11 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from March 18, 2014 through the closing of this case ; and

   B. Allowing to Trustee reimbursement of expenses in the amount of $14.80 in connection with the foregoing services; and

   C. Authorizing Trustee to pay the amounts allowed from the Estate funds held by Trustee as part of her final distribution in this case; and

   D. For such other and further relief as this Court deems appropriate.


Dated:  February 17, 2015      Elizabeth C. Berg, as trustee of the estate
              of Richard T. White, debtor



            By: /s/ Elizabeth C. Berg, as trustee
              Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL 60602
(312) 726-8150

5

**Trustee's Final Fee Application**                       **Richard T. White, Debtor**
                                                          **Case No. 14-05652**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

February 2, 2015
Invoice No: 02555

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**  *White, Richard - Trustee*

*Professional Services*

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 3/24/2014 | ECB | Confer with counsel re prep of turnover motion to obtain copy of life insurance policies | 0.10 $325.00/ hr | $32.50 |
| 4/03/2014 | ECB | Review insurance policy statements provided by debtor (.3) Research contacts for Metropolitan Life and Prudential (.2) TC to MetLife re procedures for liquidation (.3) Email to Met Life legal department to request contact for service of turnover demand (.1) TC to Prudential re contact at legal department (.2) | 1.10 $325.00/ hr | $357.50 |
| 4/04/2014 | ECB | Confer with JMM re case background, prep of turnover demand letters to Prudential and MetLife and taxable gain attributable to estate on cash surrender value of policies | 0.20 $325.00/ hr | $65.00 |
| 4/09/2014 | JMM | Draft Letter to Prudential re: request of information on policies (.2) Draft Letter to MetLife re: request of information on policy (.2) | 0.40 $175.00/ hr | $70.00 |
| 4/15/2014 | ECB | Review correspondence from Prudential Life Insurance regarding requirements for turnover of life insurance policy proceeds (.1) Prep memo to staff re followup with The Pru and prep of turnover motion (.2) | 0.30 $325.00/ hr | $97.50 |

**Baldi Berg, Ltd**  2/02/2015

White, Richard - Trustee                                       Page    2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/28/2014 | JMM | Open new bank account in TCMS (.1), Deposit Two MetLife Life Insurance Policy Checks into Account (.2), Send Checks to Associated Bank via FedEx (.1) | 0.40 $175.00/hr | $70.00 |
| 5/06/2014 | JMM | Draft Correspondence to Prudential re: Turnover of Insurance Proceeds (.6) | 0.60 $175.00/hr | $105.00 |
| 5/13/2014 | JMM | Draft email to Associated Bank re: Production of April 2014 Bank Statement (.1) | 0.10 $175.00/hr | $17.50 |
| 5/20/2014 | JMM | Deposit Prudential Life Insurance check into TCMS (.1), Send check to Associated Bank via scanner (.1), Draft email to ECB re: status of case, bar date, claims (.2) | 0.40 $175.00/hr | $70.00 |
| 6/06/2014 | ECB | Open and review May '14 bank statements | 0.10 $325.00/hr | $32.50 |
| 6/09/2014 | JMM | Process May 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/hr | $35.00 |
| 7/16/2014 | ECB | Review and approve June '14 Bank Statement | 0.10 $325.00/hr | $32.50 |
| 7/17/2014 | JMM | Process June 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/hr | $35.00 |
| 8/12/2014 | JMM | Consult w/ Trustee re: Preparation of Tax Returns (.2), Draft email to Accountant re: same (.3), Respond to email from Accountant re: requesting documentation (.2) | 0.70 $175.00/hr | $122.50 |
| 8/20/2014 | JMM | Process July 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/hr | $35.00 |
| 8/25/2014 | ECB | Open, Review, and Approve July 14 Bank Statement | 0.10 $325.00/hr | $32.50 |

**Baldi Berg, Ltd**                                                                 2/02/2015

White, Richard - Trustee                                                    Page    3

| Date | Init. | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 9/08/2014 | ECB | Review and approve August 14 Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 9/08/2014 | JMM | Process August 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/01/2014 | JMM | Update Form 3 Notes in preparation for filing of Trustee's Annual Reports (.2) | 0.20<br>$175.00/ hr | $35.00 |
| 10/08/2014 | ECB | Open, review and approve Sept '14 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 10/08/2014 | JMM | Process September 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/14/2014 | JMM | Draft fax to MetLife re: renew request for Information on Taxable Gain on liquidated policies | 0.20<br>$175.00/ hr | $35.00 |
| 10/16/2014 | JMM | TC to MetLife re: Follow-up on Taxable Gain Request for obtained policies (.6), Draft email to accountant re: taxable gain information (.3) | 0.90<br>$175.00/ hr | $157.50 |
| 10/28/2014 | ECB | Review case, confer with JMM re update of data and case status (.6) Finalize and file TR annual reports with Court and with Office of UST (1.0) | 1.60<br>$325.00/ hr | $520.00 |
| 10/28/2014 | JMM | Review case, update Form Notes in TCMS and case data (1.2), Confer w/ TR re: same (.2), Finalize TR Annual Reports for filing w/ Court and Office of the UST (.6) | 2.00<br>$175.00/ hr | $350.00 |
| 11/17/2014 | ECB | Review correspondence from insurance companies re capital gains on policy proceeds | 0.20<br>$325.00/ hr | $65.00 |
| 11/17/2014 | ECB | Open and review October 2014 bank statements | 0.10<br>$325.00/ hr | $32.50 |

**Baldi Berg, Ltd**  2/02/2015

White, Richard - Trustee                                                                 Page    4

| Date | Staff | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 11/18/2014 | JMM | Process October 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 11/26/2014 | JMM | Draft Letter to IRS re: Filing of 2014 Tax Return and send to IRS via Certified Mail (.5), Draft Letter to IDOR re: Filing of 2014 Tax Return and send to IDOR via Certified Mail (.5), Draft Prompt Determination Letter to IRS re: 2014 Tax (.3), Draft Prompt Determination Letter to IDOR re: 2013 Tax (.3) | 1.60 $175.00/ hr | $280.00 |
| 12/01/2014 | ECB | Review and approve federal and state tax returns for BK Estate (.3) | 0.30 $325.00/ hr | $97.50 |
| 12/12/2014 | ECB | Open, review and approve November 2014 Bank Statement | 0.10 $325.00/ hr | $32.50 |
| 12/12/2014 | JMM | Process November 2014 Bank Statement (.1), Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 1/12/2015 | ECB | Open, review and approve December 2014 Bank Statement | 0.10 $325.00/ hr | $32.50 |
| 1/12/2015 | JMM | Process December 2014 Bank Statement (.1), Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 1/16/2015 | JMM | Review case file for information needed to prepare TFR and related documents (.4), Email to TR re: questions regarding case (.1), Review claims and update system with information needed to prepare TFR and NFR (.6) | 1.10 $175.00/ hr | $192.50 |
| 1/16/2015 | JMM | Draft Trustee Fee Application (1.3), Prepare coversheet, proposed order, and affidavit (.3), Prepare TFR (1.2), and NFR (.3), Review and Edit Trustee Final Report package (.5) | 3.60 $175.00/ hr | $630.00 |

**Baldi Berg, Ltd**                                                                2/02/2015

White, Richard - Trustee                                                    Page    5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/16/2015 | JMM | Review claims, Edit Trustee's Fee Application (1.4) | 1.40<br>$175.00/ hr | $245.00 |
| 1/16/2015 | JMM | Consult w/ TR re: 2014 Tax Refund check (.1), Deposit check into TCMS (.1), Deposit check with Bank via Associated Bank scanner (.1) | 0.30<br>$175.00/ hr | $52.50 |
| 1/26/2015 | RKP | Review case file for information regarding Estate tax requirements (.1); memo to Trustee re: same (.1); prepare documents as needed by accountant for tax return preparation (.1) | 0.30<br>$0.00/ hr | $0.00 |

|  |  |
|---|---|
| Total Fees | $4,207.50 |

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 11/26/2014 | 2014 Tax Return sent to IRS via Certified Mail ($7.40) + 2014 Tax Return sent to IDOR via Certified Mail ($7.40) = $14.80 | 1.00 @ /each | $14.80 |

|  |  |
|---|---|
| Total Expenses | $14.80 |
| Total New Charges | $4,222.30 |
| Previous Balance | $0.00 |
| Balance Due | $4,222.30 |

**Timekeeper Summary**

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 4.60 | $325.00 |
| Jason M Manola | 15.50 | $175.00 |
| Ricki K Podorovsky | 0.30 | $0.00 |

**Trustee's Final Fee Application**        **Richard T. White, Debtor**
                                            **Case No. 14-05652**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Richard T. White, | ) | Case No. 14-05652 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on February 17, 2015

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**