UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Richard T. White, | ) | Case No. 14-05652 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date:  March 20, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:          Baldi Berg, Ltd.

Authorized to Provide
Professional Services to:    Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                March 28, 2014

Period for Which
Compensation is sought:     March 18, 2014 to close of case

Amount of Fees sought:      $ 3,667.50

Amount of Expense
Reimbursement sought:       $ 5.01

This is an:      Interim Application __      Final Application  _**X**_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is:  $ ___-0-__.

Dated:  February 26, 2015                    Baldi Berg, Ltd., Attorneys for Trustee


By:  ____/s/  Elizabeth C. Berg_____
                    Elizabeth C. Berg

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-05652 |
| Richard T. White | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date: March 20, 2015 |
| Debtor. | ) | Hearing Time: 10:30 A.M. |

**Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses of Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd., formerly known as Baldi Berg & Wallace, Ltd., ("BB"), attorneys for Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Richard T. White, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to BB of $3,667.50 as final compensation for 18.90 hours of legal services rendered to the Trustee from March 18, 2014  through the close of this case and reimbursement of $5.01 for expenses incurred in connection with such services. In support thereof, BB respectfully states as follows:

**Introduction**

1.      Debtor commenced this case on February 21, 2014 by filing a voluntary petition for relief under chapter 7 of the Code.

2.      Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.      At the time of filing, Debtor owned three non-exempt life insurance policies. The beneficiary under each policy was Debtor's mother who was not a dependant of Debtor ("Policies").

4.      The bar date for filing non-governmental claims in this case was July 30, 2014 and for filing governmental claims was August 20, 2014.

### Retention of BB

5.    On March 28, 2014, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of BB as her counsel in this case.  A copy of the order authorizing Trustee to retain BB is attached hereto as Exhibit A.  BB has served as counsel for Trustee at all times since its retention.

6.    The professional qualifications and experience of the BB attorneys and paralegals that have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were responsible for representing the Trustee in this case are:

> Elizabeth C. Berg  -- Partner
> Julia D. Loper – Associate
> Jason Manola -- Paralegal

### Prior Compensation Received

7.    This is the first and final application ("Application") for allowance and payment of compensation that BB will file in this case.

### Services Rendered by BB

8.    Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C.  The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal. For the Court's convenience, BB has segregated their time into three separate categories:

### 9.1 – General Administration

9.    The services rendered by BB in connection including advising the Trustee as to general case administration matters including the turnover and liquidation of the Estate's

2

interest in the Policies. BB investigated the liquidation value of the Policies and directed the Trustee throughout the liquidation process. BB also prepared and drafted this Final Fee Application as well as the Trustee's Accountants Fee Application.

In connection with this category, BB has expended 4.30 hours of services for which it requests compensation in the amount of $820.00.

### 9.2 – Liquidation of Insurance Policies

In connection with the foregoing, BB requested documentation relating to the Policies from the Debtor and made demand upon MetLife and Prudential for turnover of the Policies. BB corresponded with both MetLife and Prudential regarding their turnover procedures. BB prepared and presented Motions for Turnover of the Policies held by both MetLife and Prudential. After turnover of the Policies, BB was responsible for requesting and calculating the taxable gain on the Insurance Policies.

In connection with this category, BB has expended 12.00 hours of services for which it requests compensation in the amount of $2,392.50.

### 9.3 – Retention of Professionals

In connection with this category, BB prepared and presented Trustee's Motion to Employ Attorneys and Accountants.

In connection with this category, BB has expended 2.60 hours of services for which it requests compensation in the amount of $455.00.

### Compensation Requested

10.     In connection with the foregoing services described and categorized in paragraph nine above, BB spent 18.90 hours for which the total value of the services rendered is $3,667.50.

11.     All of the services performed by BB were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BB at the request

3

and direction of the Trustee.  Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BB' services are compensable and the compensation requested herein is fair and reasonable.  There has been no duplication of services rendered to the Trustee by BB for which compensation is requested.  In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the issues involved.

12.    The rates charged by the attorneys and paralegals of BB in this Application, as adjusted from time to time, are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters.  A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Expense Reimbursement Requested

13.    BB has incurred actual and necessary expenses in the amount of $5.01 in connection with the performance of the services described herein for which it requests reimbursement. The expenses relate to the copying and mailing of the Motions for Turnover of Life Insurance Policies. A detailed itemization of the expenses for which BB requests reimbursement is included within the billing statements attached hereto as Exhibit C.

### Payment of Compensation

14.    BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation or expense reimbursement to be received by BB for services rendered to the Trustee or expenses incurred in connection with this case.

15.    BB has not previously received or been promised any payments for services rendered or expenses incurred in this case.

4

16.     The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17.     The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

## Status of the Case

18.     The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

19.     Trustee has completed and filed her Final Report simultaneously herewith.  Final fee applications for the Trustee and the Trustee's Accountants have also been filed concurrently with this Application.

## Financial Condition of the Case

20.     Trustee currently has approximately 27,122.06 on deposit in the Estate's bank accounts.  The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees and expenses allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to BB in connection with this final fee application, 3) the fees and expenses allowed to Popowcer Katten, Ltd. in connection with their final fee application, and 4) any other fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21.     Following payment of all chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a full distribution to general unsecured creditors totaling approximately 100% of timely filed claims in this case.

## Trustee's Approval

22.     BB certifies that the Trustee has received, reviewed and approved this

Application.

WHEREFORE, BB, attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A.      Allowing to BB final compensation in the amount of $3,667.50 for actual and necessary professional services rendered to the Trustee from March 18, 2014 through the closing of this case;

B.      Allowing to BB reimbursement of $5.01 for expenses incurred in connection with the foregoing services; and

C.      Authorizing the Trustee to pay the amounts awarded from the funds in the case as part of her final distribution; and

D.      For such other and further relief as this Court deems appropriate.


Dated:  February 17, 2015              Baldi Berg, Ltd.

                                       Attorneys for Elizabeth C. Berg, as trustee of the
                                       estate of Richard White, debtor


                                       By:_____ /s/_____
                                              Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N.Clark Street, Suite 200
Chicago, IL  60602
312.726.8150

**Baldi Berg, Ltd.**
**Final Fee Application**

**Richard T. White, Debtor**
**Case No. 14-05652**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:     )     BK No.:   14-05652
    )
Richard T. White,     )     Chapter: 7
    )     Honorable Donald R. Cassling
    )
    )     Kane
Debtor(s) )

### Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the estate of Richard T. White, debtor, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg, Ltd. to act as counsel for the Trustee, with compensation and reimbursement of expenses to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:    *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: March 28, 2014

Prepared by:

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL 60602
(312) 726-8150

**Baldi Berg, Ltd.**
**Final Fee Application**

**Richard T. White, Debtor**
**Case No. 14-05652**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg, Ltd., a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois. Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute. She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools. She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants. Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois. She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

**Baldi Berg, Ltd.**

## Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies.  Ms. Loper has worked with Baldi Berg, Ltd. since 2009.  Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.


## Jason M. Manola

Jason M. Manola is a paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg, Ltd.**
**Final Fee Application**

**Richard T. White, Debtor**
**Case No. 14-05652**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:**    (312) 470-6323

**FEIN:** 36-4352753

---

*Invoice submitted to:*

February 2, 2015
Invoice No:   02552

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *White, Richard - General Administration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 4/09/2014 | JDL | Cf w/ ECB re: conclusions of 341 meeting, next steps (.1) Email to counsel for debtor re: same and amendments to Sch. C (.1) | 0.20 $250.00/ hr | $50.00 |
| 4/15/2014 | JDL | Review amended schedules B & C (.1) Cf w/ ECB re: same (.1) Email to T. Hartwell re: receipt of amended schedules. (.1) | 0.30 $250.00/ hr | $75.00 |
| 5/05/2014 | ECB | Review file, obtain cc of turnover order and confer with staff re service of same | 0.20 $325.00/ hr | $65.00 |
| 1/30/2015 | JMM | Draft BB Fee Application (1.4), Prepare coversheet, proposed order, and affidavit (.3), Review and edit re: same (.6) | 2.30 $175.00/ hr | $402.50 |
| 1/30/2015 | JMM | Draft Trustee's Accountants Fee Application (.7), Draft proposed order, affidavit, coversheet (.3), Draft email to Accountant re: Fee App, Affidavit, Request for Invoice (.3) | 1.30 $175.00/ hr | $227.50 |

|  |  |  | Total Fees | $820.00 |

# Baldi Berg, Ltd

2/02/2015

White, Richard - General Administration

Page    2

## Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 4/25/2014 | Motion for Turnover of Prudential Life Insurance Policy (4 pgs x $0.10/pg = $.40 x 2 parties = $0.80) + Motion for Turnover of MetLife Insurance Policies (4 pgs x $0.10 = $0.40 x 4 parties = $1.60) = | 1.00 @ /each | $2.40 |
| 4/25/2014 | Motion for Turnover of MetLife Insurance Policies (Sent to 3 parties x $.48 = $1.44) + Motion for Turnover of Prudential Life Insurance Policy (Sent to 1 party x $.48 = $0.48) + Both Motions Sent to Debtor ($0.69) = | 1.00 @ /each | $2.61 |

|  |  |
|---|---|
| Total Expenses | $5.01 |
| Total New Charges | $825.01 |
| Previous Balance | $0.00 |
| Balance Due | $825.01 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.20 | $325.00 |
| Julia D Loper | 0.50 | $250.00 |
| Jason M Manola | 3.60 | $175.00 |

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:**     (312) 470-6323

**FEIN:** 36-4352753

*Invoice submitted to:*

February 2, 2015
Invoice No:   02553

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *White, Richard - Liquidation of Insurance Policies*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 3/18/2014 | JDL | Cf w/ ECB re: next steps re: objecting to exemptions, motions, communications to debtor's counsel (.2) Review schedules and public records (.9) Email to T. Hartwell, attorney for debtor re: production of insurance statements, trustee's motions re: same (.2) | 1.30 $250.00/ hr | $325.00 |
| 3/19/2014 | JDL | TC to T. Hartwell re: production of insurance policies | 0.10 $250.00/ hr | $25.00 |
| 3/21/2014 | JDL | TC to T. Hartwell renewing request for copies of insurance policies. | 0.10 $250.00/ hr | $25.00 |
| 3/24/2014 | JDL | TC from T. Hartwell re: request of policies from debtor, next steps for turnover. (.1) Cf w/ ECB re: same and motion for turnover (.1) | 0.20 $250.00/ hr | $50.00 |
| 4/02/2014 | JDL | Email to attorney for debtor renewing request for policy turnover (.1), Begin drafting Motion for Turnover of Life Insurance Policies (.6) | 0.70 $250.00/ hr | $175.00 |
| 4/07/2014 | JMM | Review case notes on conversations with Prudential Life Insurance and MetLife re: Liquidation of Policies (.2), Draft Demand Letter to MetLife re: Turnover of two | 1.60 $175.00/ hr | $280.00 |

**Baldi Berg, Ltd**                                                          2/02/2015

White, Richard - Liquidation of Insurance Policies                  Page    2

| | | | | |
|---|---|---|---|---|
| | | insurance policies (.8), Draft Demand Letter to Prudential re: turnover of insurance policy (.6) | | |
| 4/09/2014 | ECB | Revise turnover demand letters to Met Life (.2) and Prudential (.1) | 0.30 $325.00/ hr | $97.50 |
| 4/17/2014 | JMM | TC w/ Prudential re: Letter received and Turnover Motion process (.3) | 0.30 $175.00/ hr | $52.50 |
| 4/23/2014 | JMM | Review email from ECB re: Prudential Turnover Motion (.1), Review Letter from Prudential re: same (.1), Draft Motion for Turnover of Prudential Insurance Policy (.9), Draft Order re: same (.2) | 1.30 $175.00/ hr | $227.50 |
| 4/24/2014 | JMM | Edit Prudential Turnover Motion (.6) and Order (.1), Draft Motion for Turnover of MetLife Insurance Policy (.8) and Order (.2) | 1.70 $175.00/ hr | $297.50 |
| 4/25/2014 | JDL | Review motion for turnover of funds from Prudential. (.4) Cf w/ JMM re: same (.1) | 0.50 $250.00/ hr | $125.00 |
| 4/25/2014 | JMM | Edit MetLife Motion for Turnover (.7) and Order (.1) | 0.80 $175.00/ hr | $140.00 |
| 5/02/2014 | ECB | Court appearance in Geneva on Prudential turnover motion; Withdraw Met Life motion | 0.20 $325.00/ hr | $65.00 |
| 5/20/2014 | JMM | TC to Prudential re: Status of Turnover of Insurance Proceeds (.2) | 0.20 $175.00/ hr | $35.00 |
| 9/03/2014 | JMM | TC to MetLife re: Taxable Gain on Insurance Policies (.3), Draft Fax Request re: same (.5), Draft Fax Request to Prudential re: Taxable gain information (.4) | 1.20 $175.00/ hr | $210.00 |

# Baldi Berg, Ltd

2/02/2015

White, Richard - Liquidation of Insurance Policies

Page    3

| Date | | Description | | |
|------|------|------|------|------|
| 9/23/2014 | JMM | TC to MetLife re: followup on taxable gain on liquidated insurance policies (.3) | 0.30 $175.00/ hr | $52.50 |
| 10/28/2014 | JMM | TC to MetLife re: received letter on taxable gain, renew request for taxable gain on other policy the Trustee liquidated (.3) | 0.30 $175.00/ hr | $52.50 |
| 11/17/2014 | JMM | Review Letter from MetLife re: Taxable Gain Amount of Liquidated Policies (.1), Draft email to Acct re: preparation of estate tax returns - taxable gain amount on liquidated policies (.4), Draft follow-up email re: Form 1 & Form 2, Tax ID, and Estimated Fees (.4) | 0.90 $175.00/ hr | $157.50 |

|  |  |
|------|------|
| Total Fees | $2.392.50 |
| Total New Charges | $2,392.50 |
| Previous Balance | $0.00 |
| Balance Due | $2,392.50 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|------|-------|------|
| Elizabeth C Berg | 0.50 | $325.00 |
| Julia D Loper | 2.90 | $250.00 |
| Jason M Manola | 8.60 | $175.00 |

## Baldi Berg, Ltd.
### 20 N. Clark Street
### Suite 200
### Chicago, IL 60602

**Phone:** (312) 726-8150
**Fax:**   (312) 470-6323

**FEIN:** 36-4352753

---

***Invoice submitted to:***

February 2, 2015
Invoice No:   02554

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *White, Richard - Retention of Pros*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 3/20/2014 | JMM | Draft Motion to Employ Attorneys (.8), Affidavit (.1), Order (.1), Edit re: same (.3), Draft Motion to Employ Accountants (.6), Affidavit (.1), Order (.1), Edit re: same (.2), Prepare filing and service of Motion to Employ Attorneys and Accountants (.3) | 2.60 $175.00/ hr | $455.00 |

| | |
|---|---|
| Total Fees | $455.00 |
| Total New Charges | $455.00 |
| Previous Balance | $0.00 |
| Balance Due | $455.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Jason M Manola | 2.60 | $175.00 |

**Baldi Berg, Ltd.**
**Final Fee Application**

**Richard T. White, Debtor**
**Case No. 14-05652**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Richard T. White, | ) | Case No. 14-05652 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |

**Rule 2016 Affidavit**

State of Illinois )
County of Cook )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1.      I am a shareholder of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

2.      I have read the Application for Allowance and Payment of Final Compensation and Expense Reimbursement of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.      Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered or reimbursement for expenses incurred in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

5.      Further affiant sayeth naught.

Elizabeth C. Berg

Subscribed and Sworn to before me
this 17 day of February, 2015.

Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**