**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
WHITE, RICHARD T § Case No. 14-05652
§
        Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        United States Bankruptcy Court
        219 S. Dearborn Street
        7th Floor
        Chicago   IL   60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
        10:30 a.m.
        on March 20, 2015
        in Courtroom 240 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
WHITE, RICHARD T § Case No. 14-05652
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 27,748.42 |
| and approved disbursements of | $ | 626.36 |
| leaving a balance on hand of[1] | $ | 27,122.06 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 3,383.11 | $ 0.00 | $ 3,383.11 |
| Trustee Expenses: Elizabeth C. Berg, Trustee | $ 14.80 | $ 0.00 | $ 14.80 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 3,667.50 | $ 0.00 | $ 3,667.50 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 5.01 | $ 0.00 | $ 5.01 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 906.50 | $ 0.00 | $ 906.50 |
| Other: United States Treasury | $ 433.00 | $ 433.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,976.92 |
| Remaining Balance | | $ | 19,145.14 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,139.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry SPV I, LLC as assignee of | $ 508.88 | $ 0.00 | $ 508.88 |
| 000002 | Discover Bank | $ 3,448.79 | $ 0.00 | $ 3,448.79 |
| 000003 | Atlas Acquisitions LLC (Citibank (South | $ 1,192.33 | $ 0.00 | $ 1,192.33 |
| 000004 | Atlas Acquisitions LLC (Citibank (South | $ 5,618.84 | $ 0.00 | $ 5,618.84 |
| 000005 | Atlas Acquisitions LLC (First Premier | $ 574.27 | $ 0.00 | $ 574.27 |
| 000006 | Atlas Acquisitions LLC (General | $ 451.60 | $ 0.00 | $ 451.60 |
| 000007 | Atlas Acquisitions LLC (Citibank (South | $ 536.83 | $ 0.00 | $ 536.83 |
| 000008 | US Bank N.A. | $ 5,807.72 | $ 0.00 | $ 5,807.72 |

Total to be paid to timely general unsecured creditors    $    18,139.26

      Remaining Balance                                                                                $            1,005.88

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

                                                                  NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

                                                                  NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 21.59 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 984.29 .

                                             Prepared By: /s/Elizabeth C. Berg

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                          Case No. 14-05652-DRC
Richard T White                                                 Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: wepps                 Page 1 of 2                  Date Rcvd: Feb 27, 2015
                              Form ID: pdf006             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2015.
db             #+Richard T White,    949 Sundbury Road,    South Elgin, IL 60177-1881
21551408       +Afni, Inc. (Original Creditor:Verizon Wi,    Po Box 3427,    Bloomington, IL 61702-3427
21551409       +Aspire,   Pob 105555,    Atlanta, GA 30348-5555
21886214       +Atlas Acquisitions LLC (Citibank (South Dakota),,     294 Union St.,    Hackensack, NJ 07601-4303
21886215       +Atlas Acquisitions LLC (First Premier Bank),    294 Union St.,    Hackensack, NJ 07601-4303
21886216       +Atlas Acquisitions LLC (General Electric Capital,    294 Union St.,    Hackensack, NJ 07601-4303
21551410      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
21551411        Blatt, Hasenmiller et al.,    125 S. Wacker Dr,    Suite 400,    Chicago, IL 60606-4440
21866636     +++Cavalry SPV I, LLC as assignee of,    GE Money Bank/Lowes,    500 Summit Lake Drive, Ste 400,
                 Valhalla, NY 10595-1340
21551414       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
21551413       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
21551415       +Chase-Bp,    Po Box 15298,    Wilmington, DE 19850-5298
21551416       +Citgo/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
21551417       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
21551418       +Cpu/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
21551419       +Diaz Assocs (Original Creditor:01 Gecc M,    17731 Irvine Blvd. Suite 203,
                 Tustin, CA 92780-3237
21551421       +Exxmblciti,   Po Box 6497,    Sioux Falls, SD 57117-6497
21551426       +Gecrb/Walmart,    Po Box 965024,   Orlando, FL 32896-5024
21551427       +Hsbc Bank,   Pob 98706,    Las Vegas, NV 89193-8706
21551428       +Hsbc/Bstby,   Po Box 30253,    Salt Lake City, UT 84130-0253
21551429       +Hsbc/Carsn,   Po Box 30253,    Salt Lake City, UT 84130-0253
21551430       +Hsbc/Mnrds,   90 Christiana Rd,    New Castle, DE 19720-3118
21551439       +Ncep Llc (Original Creditor:Hsbc),    3715 Davinci Ct Ste 200,    Norcross, GA 30092-2670
21551440       +Pin Cred Ser (Original Creditor:12 Veriz,    Pob 5617,    Hopkins, MN 55343-0493
21551441       +Portfolio,   120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4962
21551442       +Portfolio Rc (Original Creditor:Ge Money,    287 Independence,    Virginia Beach, VA 23462-2962
21551443       +Portfolio Rc (Original Creditor:Hsbc Ban,    287 Independence,    Virginia Beach, VA 23462-2962
21551444       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
21551445       +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
21551446       +Shell/Citi,   Po Box 6497,    Sioux Falls, SD 57117-6497
21551447       +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
21551448       +Thd/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
21551449      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U S Bank,    101 5th St E Ste A,    Saint Paul, MN 55101)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21739586       +E-mail/Text: bnc@atlasacq.com Feb 28 2015 01:47:33     Atlas Acquisitions LLC,
                 Attn: Avi Schild,   294 Union St.,    Hackensack, NJ 07601-4303
21551412       +E-mail/Text: bankruptcy@cavps.com Feb 28 2015 01:48:46     Cavalry Portfolio Ser,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
21881757        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2015 01:47:30     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
21551420       +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2015 01:47:30     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
21551422        E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2015 01:40:52     Gecrb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
21551423       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2015 01:40:51     Gecrb/Lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
21551424       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2015 01:40:51     Gecrb/Meijer Dc,   Po Box 965005,
                 Orlando, FL 32896-5005
21551425       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2015 01:41:03     Gecrb/Sams,   Po Box 965005,
                 Orlando, FL 32896-5005
21551431       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 28 2015 01:47:39     Kohls/Capone,
                 Po Box 3115,   Milwaukee, WI 53201-3115
21551432       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2015 01:40:57
                 Lvnv Funding Llc (Original Creditor:Citi,    Po Box 10497,   Greenville, SC 29603-0497
21551433       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2015 01:41:14
                 Lvnv Funding Llc (Original Creditor:Gene,    Po Box 10497,   Greenville, SC 29603-0497
21551434       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 28 2015 01:48:16
                 Midland Fund (Original Creditor:Ge Money,    8875 Aero Dr Suite 200,    San Diego, CA 92123-2255
21551435       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 28 2015 01:48:16
                 Midland Fund (Original Creditor:Hsbc Ban,    8875 Aero Dr Suite 200,    San Diego, CA 92123-2255
21551436       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 28 2015 01:48:16
                 Midland Funding (Original Creditor:Aspir,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
21551437       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 28 2015 01:48:16
                 Midland Funding (Original Creditor:Citib,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
21551438       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 28 2015 01:48:16
                 Midland Mcm (Original Creditor:Hsbc Bank,    8875 Aero Dr Suite 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 16
```

```
District/off: 0752-1                User: wepps                 Page 2 of 2                  Date Rcvd: Feb 27, 2015
                                    Form ID: pdf006             Total Noticed: 49
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21969187*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:  US Bank N.A.,    Bankruptcy Department,    PO Box 5229,
                  Cincinnati, OH 45201-5229)
21551450*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:  Us Bank,   Po Box 5227,   Cincinnati, OH 45201)
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2015 at the address(es) listed below:
              Elizabeth C Berg    on behalf of Accountant Katten   Popowcer bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Attorney Baldi   Berg bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas M Hartwell, ESQ    on behalf of Debtor Richard T White thomas.hartwell@sbcglobal.net
                                                                                             TOTAL: 6
```