UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
　　　　　　　　　　　　　§
　　　　　　　　　　　　　§
WHITE, RICHARD T　　　　§　　Case No. 14-05652
　　　　　　　　　　　　　§
　　　　　　　　　　　　　§
　　　　Debtor(s)　　　　§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　　Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

　　　　3) Total gross receipts of $　　　　(see **Exhibit 1**), minus funds paid to the debtor and third parties of $　　　　(see **Exhibit 2**), yielded net receipts of $　　　　from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Elizabeth C. Berg, Trustee _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Richard T. White |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| ELIZABETH C. BERG | | | | | |
| Associated Bank | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| BALDI BERG | | | | | |
| BALDI BERG | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Afni, Inc. (Original Creditor:Verizon Wi Po Box 3427 Bloomington, IL 61702 | | | | | |
| | Aspire Pob 105555 Atlanta, GA 30348 | | | | | |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | | | | |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | | | | |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase-Bp Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citgo/Cbna Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Diaz Assocs (Original Creditor:01 Gecc M 17731 Irvine Blvd. Suite 203 Tustin, CA 92780 | | | | | |
| | Exxmblciti Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Gecrb/Jcp Po Box 984100 El Paso, TX 79998 | | | | | |
| | Gecrb/Lowes Po Box 965005 Orlando, FL 32896 | | | | | |
| | Gecrb/Meijer Dc Po Box 965005 Orlando, FL 32896 | | | | | |
| | Gecrb/Sams Po Box 965005 Orlando, FL 32896 | | | | | |
| | Gecrb/Walmart Po Box 965024 Orlando, FL 32896 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Pob 98706 Las Vegas, NV 89193 | | | | | |
| | Hsbc/Bstby Po Box 30253 Salt Lake City, UT 84130 | | | | | |
| | Hsbc/Carsn Po Box 30253 Salt Lake City, UT 84130 | | | | | |
| | Hsbc/Mnrds 90 Christiana Rd New Castle, DE 19720 | | | | | |
| | Kohls/Capone Po Box 3115 Milwaukee, WI 53201 | | | | | |
| | Midland Fund (Original Creditor:Ge Money 8875 Aero Dr Suite 200 San Diego, CA 92123 | | | | | |
| | Midland Fund (Original Creditor:Hsbc Ban 8875 Aero Dr Suite 200 San Diego, CA 92123 | | | | | |
| | Midland Funding (Original Creditor:Aspir 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding (Original Creditor:Citib 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Midland Funding (Original Creditor:Citib 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Midland Funding (Original Creditor:Citib 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Midland Mcm (Original Creditor:Hsbc Bank 8875 Aero Dr Suite 200 San Diego, CA 92123 | | | | | |
| | Ncep Llc (Original Creditor:Hsbc) 3715 Davinci Ct Ste 200 Norcross, GA 30092 | | | | | |
| | Pin Cred Ser (Original Creditor:12 Veriz Pob 5617 Hopkins, MN 55343 | | | | | |
| | Portfolio 120 Corporate Blvd, Ste 100 Norfolk, VA 23502 | | | | | |
| | Portfolio 120 Corporate Blvd, Ste 100 Norfolk, VA 23502 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Rc (Original Creditor:Ge Money 287 Independence Virginia Beach, VA 23462 | | | | | |
| | Portfolio Rc (Original Creditor:Hsbc Ban 287 Independence Virginia Beach, VA 23462 | | | | | |
| | Sears/Cbna Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Shell/Citi Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Td Bank Usa/Targetcred Po Box 673 Minneapolis, MN 55440 | | | | | |
| | Thd/Cbna Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | U S Bank 101 5th St E Ste A Saint Paul, MN 55101 | | | | | |
| 000003 | ATLAS ACQUISITIONS LLC (CITIBANK (S | | | | | |
| 000004 | ATLAS ACQUISITIONS LLC (CITIBANK (S | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | ATLAS ACQUISITIONS LLC (CITIBANK (S | | | | | |
| 000005 | ATLAS ACQUISITIONS LLC (FIRST PREMI | | | | | |
| 000006 | ATLAS ACQUISITIONS LLC (GENERAL ELE | | | | | |
| 000001 | CAVALRY SPV I, LLC AS ASSIGNEE OF | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000008 | US BANK N.A. | | | | | |
| | ATLAS ACQUISITIONS LLC (CITIBANK (S | | | | | |
| | ATLAS ACQUISITIONS LLC (FIRST PREMI | | | | | |
| | ATLAS ACQUISITIONS LLC (GENERAL ELE | | | | | |
| | CAVALRY SPV I, LLC AS ASSIGNEE OF | | | | | |
| | DISCOVER BANK | | | | | |
| | US BANK N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - RICHARD T. WHITE

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-05652 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | WHITE, RICHARD T | | | Date Filed (f) or Converted (c): | 02/21/14 (f) |
| | | | | 341(a) Meeting Date: | 03/17/14 |
| For Period Ending: | 06/11/15 | | | Claims Bar Date: | 07/30/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash Location: 949 Sundbury Road, South Elgin IL 6 | 20.00 | 0.00 | | 0.00 | FA |
| 2. US Bank Checking Acct xxxxx9536; Elgin IL | 410.00 | 0.00 | | 0.00 | FA |
| 3. State Bank of Illinios; xxxxxx4686; South Elgin IL | 771.00 | 0.00 | | 0.00 | FA |
| 4. Bedroom set; kitchen set; China cabinets; Location | 100.00 | 0.00 | | 0.00 | FA |
| 5. Books; pictures; Location: 949 Sundbury Road, Sout | 10.00 | 0.00 | | 0.00 | FA |
| 6. Necessary clothes; Location: 949 Sundbury Road, So | 100.00 | 0.00 | | 0.00 | FA |
| 7. sterling silver necklace; Location: 949 Sundbury R | 50.00 | 0.00 | | 0.00 | FA |
| 8. Metropolitan Life Insurance Company  Policy Nos. *** *** 678 M & *** *** 258 A | 19,573.06 | 19,573.06 | | 20,167.92 | FA |
| 9. Prudential Life Insurance  Policy No. ****8590 | 7,115.00 | 7,115.00 | | 7,147.50 | FA |
| 10. 1995 Yamaha Motor Scooter; not operable Location: | 100.00 | 0.00 | | 0.00 | FA |
| 11. cell phone Location: 949 Sundbury Road, South Elgi | 10.00 | 0.00 | | 0.00 | FA |
| 12. Tax Refund (u)  2014 Federal Tax Refund | 0.00 | 433.00 | | 433.00 | FA |

LFORM1

Ver: 18.05

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 1 - RICHARD T. WHITE

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-05652   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | WHITE, RICHARD T | Date Filed (f) or Converted (c): | 02/21/14 (f) |
| | | 341(a) Meeting Date: | 03/17/14 |
| | | Claims Bar Date: | 07/30/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $28,259.06 | $27,121.06 | | $27,748.42 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 29, 2014: Trustee recovered Debtor's non-exempt cash value of life insurance policies totaling $27,000. Trustee
has reviewed claims and is compiling information from both MetLife and Prudential to determine whether Trustee must file
tax returns for the Estate. Will file tax returns if necessary, file TFR and distribute funds on hand. Expect to close
case in early 2015.

February 11, 2015
Trustee has reviewed claims and filed the Estate's final tax return. Trustee is in the process of completing her Final
Report and will disburse funds after approval by the UST.

May 7, 2015
Trustee has received approval on her Final Report, disbursed funds and is in the process of closing the case.

Initial Projected Date of Final Report (TFR): 12/30/14     Current Projected Date of Final Report (TFR): 03/31/15

/s/   Elizabeth C. Berg, Trustee
_____   Date: 06/11/15
ELIZABETH C. BERG, TRUSTEE

LFORM1                                                                                                                      Ver: 18.05
**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2 - RICHARD T. WHITE

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 14-05652 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | WHITE, RICHARD T | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6073 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2739 | | |
| For Period Ending: | 06/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/28/14 | 8 | METROPOLITAN LIFE INSURANCE CO.<br>700 QUAKER LANE<br>PO BOX 316<br>WARWICK, RI 02886-0316 | Life Insurance Policy # ******258A | 1129-000 | 17,491.21 | | 17,491.21 |
| 04/28/14 | 8 | METROPOLITAN LIFE INSURANCE CO.<br>700 QUAKER LANE<br>PO BOX 316<br>WARWICK, RI 02886-0316 | Life Insurance Policy # *****678M | 1129-000 | 2,676.71 | | 20,167.92 |
| 05/20/14 | 9 | THE PRUDENTIAL INSURANCE CO. OF AMERICA<br>PO BOX 7390<br>PHILADELPHIA, PA 19176 | Insurance Policy # *****8598 | 1129-000 | 7,147.50 | | 27,315.42 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 34.09 | 27,281.33 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 39.25 | 27,242.08 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 40.50 | 27,201.58 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 40.44 | 27,161.14 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 39.08 | 27,122.06 |
| 12/01/14 | 001001 | United States Treasury<br>c/o Internal Revenue Service | 2014 Form 1041 - Federal Tax Due<br>2014 Form 1041 | 2810-000 | | 433.00 | 26,689.06 |

Page Subtotals    27,315.42    626.36

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2 - RICHARD T. WHITE

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-05652 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | WHITE, RICHARD T | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6073 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2739 | | | |
| For Period Ending: | 06/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Cincinnati OH 45999-0148 | EIN: 46-7422739 | | | | |
| 01/16/15 | 12 | UNITED STATES TREASURY<br>KANSAS CITY, MO | 2014 FEDERAL TAX REFUND | 1224-000 | 433.00 | | 27,122.06 |
| 03/24/15 | 001002 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 3,383.11 | 23,738.95 |
| 03/24/15 | 001003 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Expenses | 2200-000 | | 14.80 | 23,724.15 |
| 03/24/15 | 001004 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 3,667.50 | 20,056.65 |
| 03/24/15 | 001005 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Expenses (TR Firm) | 3120-000 | | 5.01 | 20,051.64 |
| 03/24/15 | 001006 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Accountant for TR Fees (Other Firm) | 3410-000 | | 906.50 | 19,145.14 |
| 03/24/15 | 001007 | Cavalry SPV I, LLC as assignee of | Claim 000001, Payment 100.12% | | | 509.49 | 18,635.65 |
| | | | Page Subtotals | | 433.00 | 8,486.41 | |

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2 - RICHARD T WHITE

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-05652 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | WHITE, RICHARD T | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6073 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2739 | | |
| For Period Ending: | 06/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | GE Money Bank/Lowes<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595<br><br>Claim         508.88<br>Interest         0.61 | | 7100-000<br>7990-000 | | | |
| 03/24/15 | 001008 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><br>Claim      3,448.79<br>Interest         4.10 | Claim 000002, Payment 100.12% | 7100-000<br>7990-000 | | 3,452.89 | 15,182.76 |
| 03/24/15 | 001009 | Atlas Acquisitions LLC (Citibank (South Dakota),<br>294 Union St.<br>Hackensack, NJ 07601<br><br>Claim      1,192.33<br>Interest         1.42 | Claim 000003, Payment 100.12% | 7100-000<br>7990-000 | | 1,193.75 | 13,989.01 |
| 03/24/15 | 001010 | Atlas Acquisitions LLC (Citibank (South Dakota),<br>294 Union St.<br>Hackensack, NJ 07601<br><br>Claim      5,618.84<br>Interest         6.69 | Claim 000004, Payment 100.12% | 7100-000<br>7990-000 | | 5,625.53 | 8,363.48 |
| 03/24/15 | 001011 | Atlas Acquisitions LLC (First Premier Bank) | Claim 000005, Payment 100.12% | | | 574.95 | 7,788.53 |

Page Subtotals        0.00        10,847.12

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

FORM 2 - RICHARD T. WHITE

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-05652 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | WHITE, RICHARD T | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******6073 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2739 |  |  |
| For Period Ending: | 06/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | 294 Union St. Hackensack, NJ 07601 | Claim 574.27<br>Interest 0.68 | 7100-000<br>7990-000 |  |  |  |
| 03/24/15 | 001012 | Atlas Acquisitions LLC (General Electric Capital<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000006, Payment 100.12%<br><br>Claim 451.60<br>Interest 0.54 | 7100-000<br>7990-000 |  | 452.14 | 7,336.39 |
| 03/24/15 | 001013 | Atlas Acquisitions LLC (Citibank (South Dakota),<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000007, Payment 100.12%<br><br>Claim 536.83<br>Interest 0.64 | 7100-000<br>7990-000 |  | 537.47 | 6,798.92 |
| 03/24/15 | 001014 | US Bank N.A.<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, OH 45201-5229 | Claim 000008, Payment 100.12%<br><br>Claim 5,807.72<br>Interest 6.91 | 7100-000<br>7990-000 |  | 5,814.63 | 984.29 |
| 03/24/15 | 001015 | Richard T. White<br>201 E. Brett Court<br>Arlington Heights, IL 60005 | Surplus Funds | 8200-002 |  | 984.29 | 0.00 |

Page Subtotals     0.00     7,788.53

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2 - RICHARD T. WHITE

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 14-05652 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | WHITE, RICHARD T | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6073 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2739 | | | |
| For Period Ending: | 06/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 27,748.42 | 27,748.42 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 27,748.42 | 27,748.42 | |
| | Less: Payments to Debtors | | | 984.29 | |
| | Net | | 27,748.42 | 26,764.13 | |
| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | TOTAL - ALL ACCOUNTS | | | | |
| | Checking Account (Non-Interest Earn - ********6073 | | 27,748.42 | 26,764.13 | 0.00 |
| | | | 27,748.42 | 26,764.13 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*